**Order entered May 17, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00228-CV

**KEN-DO CONTRACTING, L.P., Appellant**

**V.**

**F.A. BROWN'S CONSTRUCTION, LLC D/B/A BROWN CONSTRUCTION
AND BROWN'S CONCRETE CONSTRUCTION, Appellee**

**On Appeal from the 134th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-13-09249**

## ORDER

Before the Court is appellant's May 16, 2019 motion for an extension of time to file its

brief on the merits. We **GRANT** the motion and extend the time to **June 17, 2019**.

/s/ ERIN A. NOWELL
JUSTICE